UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00087-MR

| | |
|---|---|
| GEGE REYNOLD EVANS,  )<br>                                            )<br>           Plaintiff,                  )<br>                                            )<br>vs.                                       )<br>                                            )      **ORDER**<br>                                            )<br>TODD ISHEE, et al.,               )<br>                                            )<br>           Defendants.            )<br>_____ ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff George Reynold Evans ("Plaintiff") filed this action on April 14, 2022, in the Superior Court of Avery County, North Carolina, against Defendants Ishee, Phillips, Slagle, and Mask pursuant to 42 U.S.C. § 1983. [Doc. 1]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 6]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from May 25, 2023, to amend his *Complaint* in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 14].

More than 30 days have passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: July 11, 2023

Martin Reidinger
Chief United States District Judge